UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL SHOTWELL, | No. 2:22-cv-1224 CKD P |
| Petitioner, | |
| v. | ORDER |
| ROB BONTA, | |
| Respondent. | |

Petitioner, a state prisoner at Mule Creek State Prison, has filed a document titled "Request for Court Order to Extend Petition's One Year Deadline under AEDPA." No pleadings have been filed. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's "Request for Court Order to Extend AEDPA Deadline" (ECF No. 1) is denied.

2. Petitioner is granted thirty days from the date of service of this order to file a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The petition

1

must bear the docket number assigned this case.  Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed.

      3.  The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated:  July 18, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
shot1224.nopetition