UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL SHOTWELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROB BONTA,<br><br>　　　　Respondents. | No.  2:22-cv-1224 CKD P<br><br><br>ORDER AND<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

　　　　On July 18, 2022, the court ordered petitioner to file a petition for writ of habeas corpus and an application to proceed in forma pauperis on the form provided by the Clerk of Court, or pay the filing fee in the amount of $5.00, within 30 days.  Petitioner was warned that failure to do so would result in a recommendation that this matter be dismissed.  Petitioner has not complied with the court's July 18 order.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  Such a document should be captioned "Objections to Magistrate

Judge's Findings and Recommendations. Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 30, 2022

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
shot1224.frs