UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL SHOTWELL, | No. 2:22-cv-1224 KJM CKD P |
| Petitioner, | |
| v. | ORDER |
| ROB BONTA, | |
| Respondent. | |

Petitioner has requested an extension of time to file objections to the court's August 30, 2022 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 6) is granted; and

2. Petitioner is granted until September 26, 2022 to file objections to the court's August 30, 2022 findings and recommendations.

Dated: September 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE