UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL SHOTWELL,<br><br>        Petitioner,<br><br>    v.<br><br>ROB BONTA,<br><br>        Respondent. | No.  2:22-cv-1224 KJM CKD P<br><br><br>ORDER |

On July 11, 2022, petitioner filed a motion seeking an extension of the limitations period applicable to a petition for writ of habeas corpus filed under 28 U.S.C. § 2254.  According to his motion, the California Department of Corrections and Rehabilitation (CDCR) has withheld his legal materials, which has prevented him from filing his petition.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  The Magistrate Judge denied the request for an order extending the limitations period but granted petitioner thirty days to file a petition for a writ of habeas corpus.  ECF No. 3.  Petitioner did not meet the thirty-day deadline.  The Magistrate Judge recommends dismissing the petition.  ECF No. 5.  Petitioner objects, attaching exhibits to support his claim that the CDCR still has not delivered his legal materials.  ECF No. 8.

The court has reviewed the file de novo and **adopts the Magistrate Judge's recommendation to dismiss this action**.  Dismissal is without prejudice to a future petition for a

1

writ of habeas corpus accompanied by a renewed request for relief from any relevant limitations period. This order also does not preclude an action under 42 U.S.C. § 1983 based on the alleged denial of petitioner's rights under the First Amendment.

IT IS SO ORDERED.

DATED: January 12, 2023.

CHIEF UNITED STATES DISTRICT JUDGE